UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHANSEN, an individual; JOHN LYON, an individual, professionally known as SOUTHSIDE JOHNNY; PAUL COLLINS, an individual; MICHAEL GREGORY, an individual; and DAVID SWANSON, an individual, and on behalf of all others similarly situated,

                Plaintiffs,

– against –

SONY MUSIC ENTERTAINMENT, a Delaware corporation,

                Defendant.

**ORDER**

19 Civ. 01094 (ER)

Ramos, D.J.:

        The Court is in receipt of Sony's letter regarding its anticipated motion to dismiss the Second Amended Complaint. *See* Doc. 110. Sony is granted leave to file the motion. The Court hereby sets the following briefing schedule:

- Defendant's motion to dismiss must be submitted by **December 30, 2020**;
- Plaintiffs' opposition must be submitted by **January 27, 2021**;
- Defendant's reply brief must be submitted by **February 10, 2021**.

IT IS SO ORDERED.

Dated:    December 1, 2020
             New York, New York

                                                        Edgardo Ramos, U.S.D.J.