# GIBSON DUNN

**MEMO ENDORSED**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Gabrielle Levin
Direct: +1 212.351.3901
Fax: +1 212.351.5301
GLevin@gibsondunn.com

Client: 14313-00094

> The request is GRANTED. Sony's motion to dismiss is due by January 8, 2021.  Plaintiffs' opposition is due by February 5, 2021.  Sony's reply is due by February 19, 2021. IT IS SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 12/28/2020
> New York, New York

December 23, 2020

VIA ECF

The Honorable Edgardo Ramos
United States District Court
  for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   Johansen v. Sony Music Entertainment Inc., No. 19-cv-01094 (ER)

Dear Judge Ramos:

We represent defendant Sony Music Entertainment ("SME") in the above-captioned action.

On December 1, 2020, the Court issued an Order granting SME leave to file a motion to dismiss Plaintiffs' First Amended Complaint (the "Motion") and setting a briefing schedule for the Motion.  (Dkt. No. 112.)

SME respectfully requests that the Court extend its time to file the Motion from December 30, 2020 to January 8, 2021.  Due to the unavailability of SME's counsel and SME's representatives over the next week, as well as SME's office closure until the beginning of 2021, additional time is needed to prepare SME's Motion.

Plaintiffs have agreed to this extension request.  This is the first request for an extension of this deadline.  This extension also affects Plaintiffs' opposition to SME's Motion, currently due on January 27, 2021, and SME's reply, currently due on February 10, 2021. (Dkt. No. 112.)  With the nine-day extension, the amended schedule would be as follows:

> SME's Motion to Dismiss:  January 8, 2021
> Plaintiffs' Opposition:  February 5, 2021
> SME's Reply:  February 19, 2021

This extension will affect no other deadlines in this action.  Thank you for your consideration.

Respectfully,

/s/ Gabrielle Levin

Gabrielle Levin

cc:  All Counsel of Record (via ECF)