# GIBSON DUNN

**MEMO ENDORSED**

> The parties' request to extend the stay, until May 31, 2024, is granted. SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J.*
> Dated: 2/26/24
> New York, New York

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Gabrielle Levin
Direct: +1 212.351.3901
Fax: +1 212.351.5301
GLevin@gibsondunn.com

Client: 14313-00094

February 23, 2024

VIA ECF

The Honorable Edgardo Ramos
United States District Court
 for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re: <u>Johansen v. Sony Music Entertainment, No. 19-cv-01094 (ER)</u>

Dear Judge Ramos:

We represent defendant Sony Music Entertainment ("SME") in the above-captioned action. We write with the consent of all parties to parties to advise Your Honor that after mediating with Hon. S. James Otero (Ret.) of JAMS, the parties have reached an agreement in principle to settle all claims in this case, subject to documentation.

In light of the settlement in principle, the parties respectfully request that the Court stay all further proceedings in this action pending submission and review of papers in furtherance of the proposed settlement. The parties presently anticipate that they will execute a stipulation of settlement, and that Plaintiffs will file a motion for preliminary approval of the settlement, on or before May 31, 2024.

Respectfully,

/s/ Gabrielle Levin

Gabrielle Levin

cc: All Counsel of Record (via ECF)