**GIBSON DUNN**

**MEMO ENDORSED**

Scott A. Edelman
Partner
T: +1 310.557.8061
M: +1 310.780.8061
sedelman@gibsondunn.com

June 10, 2024

Client: 14313-00094

<u>VIA ECF</u>

The Honorable Edgardo Ramos
United States District Court
  for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

> The parties' request to extend the stay in this matter, until July 15, 2024, is granted.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 6/11/24
> New York, New York

Re:   Johansen v. Sony Music Entertainment, No. 19-cv-01094 (ER)

Dear Judge Ramos:

I represent defendant Sony Music Entertainment ("SME") in the above-captioned action.

On February 23, 2024, the parties jointly submitted a letter advising the Court that the parties had reached an agreement in principle to settle all claims in this case, subject to documentation. (Dkt. No. 178).  On February 26, 2024, the Court entered an Order staying all proceedings in this action pending submission and review of papers in furtherance of the proposed settlement. (Dkt. No. 179).

The parties have been working diligently to draft a stipulation of settlement.  Due to the complexity of the settlement terms and the press of other matters, the parties require additional time to negotiate and execute a stipulation of settlement before Plaintiffs can file a motion for preliminary approval of the settlement.

SME therefore respectfully requests an extension of the stay of all proceedings until July 15, 2024.  Plaintiffs consent to the extension.

This is the first request for an extension of this stay of proceedings.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

Scott A. Edelman

SAE/lr