UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHANSEN, *individually and on behalf of all others similarly situated,* JOHN LYON, *individually and on behalf of all others similarly situated,* PAUL COLLINS, *individually and on behalf of all others similarly situated,* MICHAEL GREGORY, *individually and on behalf of all others similarly situated, and* DAVID SWANSON, *individually and on behalf of all others similarly situated,*

      Plaintiffs,

    – against –

SONY MUSIC ENTERTAINMENT,

      Defendant.

**ORDER**

19-cv-01094 (ER)

Ramos, D.J.:

  David Johansen, John Lyon, Paul Collins, Michael Gregory, and David Swanson, on behalf of themselves and all others similarly situated, filed an amended complaint against Sony Music Entertainment Inc. on November 13, 2020. Doc. 103. On January 25, 2021, the Court stayed the action, and the parties continued to request to stay the action. Doc. 141. The parties last requested to continue the stay through October 28, 2024. Doc. 188. Since then, there has been no activity in this case. The parties are directed to submit a status letter by July 30, 2025.

Dated: July 23, 2025
    New York, New York

                       EDGARDO RAMOS, U.S.D.J.