# GIBSON DUNN

**MEMO ENDORSED**

October 31, 2025

Jeremy S. Smith
Partner
T: +1 213.229.7973
M: +1 213.248.6195
jssmith@gibsondunn.com

Client: 14313-00094

VIA ECF

The Honorable Edgardo Ramos
United States District Court
for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

The application is __x__ granted
_____ denied

Edgardo Ramos, U.S.D.J
Dated: November 3, 2025
New York, New York

Re: Johansen v. Sony Music Entertainment, No. 19-cv-01094 (ER)

Dear Judge Ramos:

I represent defendant Sony Music Entertainment ("SME") in the above-captioned action and am providing this status update on behalf of both Plaintiffs and Defendant.

On February 23, 2024, the parties jointly submitted a letter advising the Court that the parties had reached an agreement in principle to settle all claims in this case, subject to documentation. (Dkt. No. 178). On February 26, 2024, the Court entered an Order staying all proceedings in this action pending submission and review of papers in furtherance of the proposed settlement. (Dkt. No. 179). On June 10, 2024, SME requested the stay be extended until July 15, 2024 in order to allow the parties additional time to negotiate and execute a stipulation of settlement. (Dkt. No. 180). The Court granted the request on June 11, 2024. (Dkt. No. 181). On July 19, 2024, SME requested the stay be extended until September 16, 2024 in order to allow the parties additional time to negotiate and execute a stipulation of settlement. (Dkt. No. 183). The Court granted the request on July 23, 2024. (Dkt. No. 185). The parties then jointly requested another stay of all proceedings on September 24, 2024 until October 27, 2024. (Dkt. No. 188). The parties then jointly requested the most recent stay of all proceedings on July 30, 2025 until October 31, 2025. (Dkt. No. 189). The Court granted the parties' request on July 31, 2025. (Dkt. No. 181).

Since the Court's July 31, 2025 order, the parties have continued to work diligently and cooperatively to finalize the settlement agreement and prepare the notice and claim form but require additional time to finalize the documents and identify and agree upon a neutral third party with the requisite subject area knowledge to resolve any disputes that arise in the administration of this unusually complex settlement.

In the interest of cooperation, the parties have agreed to jointly request a stay through January 15, 2026. This schedule would enable Plaintiffs to move for preliminary approval in January.

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Suite 4600 | Los Angeles, CA 90071-3197 | T: 213.229.7000 | F: 213.229.6973 | gibsondunn.com

**GIBSON DUNN**

The Honorable Edgardo Ramos  
Thurgood Marshall U.S. Courthouse

October 31, 2025  
Page 2

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

/s/ Jeremy S. Smith

Jeremy S. Smith