# GIBSON DUNN

Jeremy S. Smith
Partner
T: +1 213.229.7973
M: +1 213.248.6195
jssmith@gibsondunn.com

Client: 14313-00094

March 31, 2026

VIA ECF

The Honorable Edgardo Ramos
United States District Court
for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re:    Johansen v. Sony Music Entertainment, No. 19-cv-01094 (ER)

Dear Judge Ramos:

I represent defendant Sony Music Entertainment ("SME") in the above-captioned action and am providing this status update on behalf of both Plaintiffs and Defendant.

On February 23, 2024, the parties jointly submitted a letter advising the Court that the parties had reached an agreement in principle to settle all claims in this case, subject to documentation. (Dkt. No. 178). On February 26, 2024, the Court entered an Order staying all proceedings in this action pending submission and review of papers in furtherance of the proposed settlement. (Dkt. No. 179). On June 10, 2024, SME requested the stay be extended until July 15, 2024 in order to allow the parties additional time to negotiate and execute a stipulation of settlement. (Dkt. No. 180). The Court granted the request on June 11, 2024. (Dkt. No. 181). On July 19, 2024, SME requested the stay be extended until September 16, 2024 in order to allow the parties additional time to negotiate and execute a stipulation of settlement. (Dkt. No. 183). The Court granted the request on July 23, 2024. (Dkt. No. 185). The parties then jointly requested another stay of all proceedings on September 24, 2024 until October 27, 2024. (Dkt. No. 188). The parties then jointly requested another stay of all proceedings on July 30, 2025 until October 31, 2025. (Dkt. No. 189). The Court granted the parties' request on July 31, 2025. (Dkt. No. 181). The parties then jointly requested another stay of all proceedings on October 31, 2025 until January 15, 2026. (Dkt. No. 192). The Court granted the parties' request on November 3, 2025. (Dkt. No. 193). The parties then jointly requested the most recent stay of all proceedings on January 9, 2026 until March 31, 2026. (Dkt. No. 195). The Court granted the parties' request on January 12, 2026. (Dkt. No. 196).

Since the Court's January 12, 2026 order, the parties have continued to work diligently and cooperatively to finalize the settlement agreement, the class action notice, the claim form and other attachments to the settlement agreement. The parties are continuing to discuss the selection of a neutral third party with the requisite subject area knowledge to resolve any disputes that arise in the administration of this unusually complex settlement. Defendant has released certain information to Plaintiffs' counsel with respect to royalty earnings of certain potential class

# GIBSON DUNN

The Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse

March 31, 2026
Page 2

members who have provided written authorizations authorizing Defendant to release such information.

In the interest of cooperation, the parties have agreed to jointly request a stay through May 29, 2026.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

/s/ Jeremy S. Smith

Jeremy S. Smith